Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Ste. 150
Fresno, CA 93721
TEL.: (559) 233-5333
FAX:  (559) 233-4333

Attorneys for Defendant: Enrique Zarate

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ENRIQUE ZARATE,<br><br>Defendant. | Case No: 1:11-CR-00449 AWI<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING ON MOTION TO REVOKE RELEASE ORDER |

It is hereby stipulated by and between Jeffrey T. Hammerschmidt, attorney for defendant Enrique Zarate, and Kathleen Servatius, Assistant United States Attorney, that the hearing on Ms. Servatius' Motion to Revoke the Release Order issued by Judge Ishii, originally scheduled for January 3, 2012 at 9:00 a.m., be continued to January 17, 2012 at 9:00 a.m., and the January 3, 2012 court date be vacated.

It is further stipulated that Ms. Servatius' brief in support of the motion will be filed and served by January 12, 2012 at 4:00 p.m.

Dated: December 30, 2011            /s/ Jeffrey T. Hammerschmidt
                                    JEFFREY T. HAMMERSCHMIDT
                                    Attorney for Enrique Zarate

Dated: December 30, 2011            /s/ Kathleen Servatius
                                    KATHLEEN SERVATIUS
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) Case No: 1:11-CR-00449 AWI
)
      Plaintiffs,   ) PROPOSED ORDER
)
      v.   )
)
ENRIQUE ZARATE,   )
)
      Defendant.   )
)

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. The motion hearing originally set for January 3, 2012 at 9:00 a.m. be continued to January 17, 2012 at 9:00 a.m. and that the January 3, 2012 hearing date be vacated.

2. Ms. Servatius serve and file her brief in support of the motion by January 12, 2012 at 4:00 p.m.

IT IS SO ORDERED.

Dated:  January 3, 2012                                 _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE