A098A (9/01)



FILED
JAN 13 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

Enrique Zarate
    Defendant.

CASE Number: 1:11-CR-449 AWI

APPEARANCE and COMPLIANCE BOND

Non-surety: I, the undersigned defendant, acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
Personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ __0__, and there has been deposited in the Registry of the Court the sum of $ __-0-__ in cash or __N/A__ (describe other security.)

The conditions of this are that the defendant, __Enrique Zarate__ (Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or directions in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____ at U.S. District Court, ED of California _____
                            Date                                       Place

Defendant: _____    City/State _____
✳ Surety: _P. Zarate_    City/State _____
✳ Surety: _____    City/State _____

Signed and acknowledged before me on __1/13/2012__
                                               Date

_Michelle Means Rooney_
Judicial Officer/Clerk

Approved: _B. McAuliffe_

Judicial Officer

===============================================================================

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____ ;
City/State

and that my net worth is the sum of _____ dollars

($ _____0_____ ).

I further state that I will post as additional collateral the pink slip to my 1969 Chevrolet Nova + I agree not to sell or transfer the title to said vehicle until the pink slip is returned to me by order of the court.

_____P. Zarate_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on __1/13/2012__
Date

at U.S. District Court, __2500 Tulare, Fresno, Ca 93721__
Place

__Michelle Means Rooney__, Deputy Clerk
Name and Title

__Michelle Means Rooney__
Signature of Judicial Officer/Clerk

===============================================================================

I, the undersigned surety, say that I reside at _____ ;
City/State

and that my net worth is the sum of _____ dollars

($ _____0_____ ).

I further state that I will post as additional collateral the pink slip to my 2005 Dodge Durango + I agree not to sell or transfer the title to said vehicle until the pink slip is returned to me by order of the Court.

_____[signature]_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on __1/13/12__
Date

at U.S. District Court, __2500 Tulare, Fresno, Ca 93721__
Place

__Michelle Means Rooney__, Deputy Clerk
Name and Title

__Michelle Means Rooney__
Signature of Judicial Officer/Clerk

Justification Approved: _____[signature]_____
Judicial Officer