Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Enrique Zarate

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ENRIQUE ZARATE,<br><br>    Defendant | Case No.: 1:11-CR-00449<br><br>**STIPULATION AND ORDER REGARDING TERMS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED between Jeffrey T. Hammerschmidt, attorney for defendant Enrique Zarate, and Kathleen Servatius, Assistant United States Attorney, that additional property will be posted as collateral, consisting of two additional vehicles as specified in the Proposed Order for Pretrial Release of Enrique Zarate, and that AUSA Servatius will move to dismiss the Government's Motion to Revoke Order of Release.

This stipulation has been discussed with Pretrial Services Officer Lydia Serrano and she has no objection.

Dated: January 13, 2012        /s/ Jeffrey T. Hammerschmidt
                               JEFFREY T. HAMMERSCHMIDT
                               Attorney for Defendant,
                               ENRIQUE ZARATE

Dated: January 13, 2012        /s/ Kathleen Servatius
                               KATHLEEN SERVATIUS
                               Assistant United States Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ENRIQUE ZARATE,<br><br>　　　　Defendant | Case No.: 1:11-CR-00449<br><br>**ORDER AMENDING CONDITIONS OF ORDER OF RELEASE** |

ORDER

It is ORDERED that the conditions of release be amended to add the following:

　　1.　　Perquin Zarate will post as additional collateral the pink slip to his 1969 Chevrolet Nova, and will sign a bond agreeing not to sell or transfer title to said vehicle until the pink slip is returned to him by order of the court; and

　　2.　　Jesus Espinosa will post as additional collateral the pink slip to his 2005 Dodge Durango, and will sign a bond agreeing not to sell or transfer title to said vehicle until the pink slip is returned to him by order of the court.

IT IS SO ORDERED.

**Dated:   January 13, 2012**　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE